UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GEORGE KELLY,                          :   Civil Action No. 15-4637(FLW)
KATHLEEN GUZZI
        Plaintiff,                     :

vs.                                    :   ORDER DISMISSING ACTION
                                           PURSUANT TO F.R.CIV.P. 4(m)
TOWNSHIP OF EAST BRUNSWICK,
        et al.
        Defendant,                     :

_____

It appearing that the plaintiff(s) in the above captioned action have failed to effect service of the summons and complaint within 120 days of the filing of the complaint;

It further appearing that good cause has not been shown as to why service has not been effected;

It is on this 30th day of November, 2015,

ORDERED that the complaint be and is hereby dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, without prejudice and without costs.

*Freda L. Wolfson*
_____
FREDA L. WOLFSON
United States District Judge